HARRY A. HANBURY, Appellant, *v.* METROPOLITAN SECURITIES COMPANY, Respondent, Impleaded with Another.

(Argued January 6, 1930; decided February 11, 1930.)

*George H. Savage* for motion.
*Frederick W. Sparks* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.